# Court of Appeals
# of the State of Georgia

ATLANTA,   November 18, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0632. PATRICK LELAN MALLARD v. THE STATE.**

Patrick Lelan Mallard filed this direct appeal from the trial court's order revoking his probation. An application for discretionary appeal, however, is required to appeal a probation revocation order. OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). Mallard's failure to comply with the discretionary appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/18/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*